E. E. VENARD v. E. A. KAMPMEIER.
No. 13,560.   ( 72 Pac. 1102.)

Original proceeding in *quo warranto*.   Opinion filed June 6, 1903.   Judgment for plaintiff.

*J. W. Dana, Hale & Maher, Nathan Cree,* and *Silas Porter,* for plaintiff in error.

*C. F. Hutchings,* and *T. A. Pollock,* for defendant in error.

*Per Curiam:* This is an action in the nature of *quo warranto* to determine whether plaintiff is entitled to hold the office of councilman in the city of Kansas City, Kan. The question involved is, Does the charter act of cities of

the first class passed in 1903 (Laws 1903, ch. 122) author-
ize the election of councilmen in such cities having more
than 50,000 inhabitants? In view of the conclusion reached
in *Gilbert v. Craddock*, ante, page 346, 72 Pac. 869, we deem it
unnecessary to enter into a lengthy discussion of the mat-
ter here involved. We are persuaded from all the consid-
erations that it is necessarily inferable from the terms of
the act that it was the intention of the legislature thereby
to make the office of councilman an elective one. The
plaintiff having received a majority of the votes cast for
councilman in his ward at the election held on April 7,
1903, is therefore entitled to hold that office.

Judgment will be entered in his favor.

